**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00193-GPG

BERNARD JONES,

    Applicant,

v.

LOU ARCHULETA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Applicant's Motion to Verify Payment of $5.00 Filing Fee Pursuant to 28 U.S.C. § 1915 (ECF No. 6) is DENIED as moot because Applicant was provided a receipt for payment of the filing fee.

Dated:   February 23, 2016